UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATED INTEGRATED
SYSTEMS, INC.,

    Plaintiff,

v.

TRANSPORTATION
EQUIPMENT, INC.,

    Defendant.

_____/

Case No. 1:09-cv-960

HONORABLE PAUL L. MALONEY

## ORDER TO SHOW CAUSE

The court records reflect that plaintiff served a summons and complaint on defendant on February 4, 2010, and defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiff has failed to enter a default. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall either apply for entry of default within twenty-eight (28) days of the date of this order or show cause in writing why the Court should not dismiss the case against Transportation Equipment, Inc. for lack of prosecution pursuant to W.D. Mich, LCivR 41.1

Date: April 26, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge