UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATED INTEGRATED
SYSTEMS, INC.,

       Plaintiff,

v.

TRANSPORTATION EQUIPMENT,
INC.,

       Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-960

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

This matter is before the Court on Plaintiff's Motion for Dismissal with Prejudice (Dkt. #6). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal with Prejudice (Dkt. #6) is **GRANTED**. The case is dismissed with prejudice.

Date: May 26, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge